IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-62-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | INDICTMENT |
| JOHNATHAN LAMONTE FLORENCE ) | |

The Grand Jury charges that:

## COUNT ONE

On or about August 22, 2024, in the Eastern District of North Carolina, JOHNATHAN LAMONTE FLORENCE, the Defendant herein, did knowingly escape from home detention where he was placed as part of his custody in the South Raleigh Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of North Carolina upon conviction for possessing a firearm as a convicted felon in violation of Title 18, United States Code, Sections 922(g)(1) and 924, in violation of Title 18, United States Code, Section 751(a).

(Remainder of page intentionally left blank.)

## COUNT TWO

On or about August 23, 2024, in the Eastern District of North Carolina, the defendant, JOHNATHAN LAMONTE FLORENCE, by force, violence, and intimidation, did take money and property from the person and presence of another belonging to and in the care, custody, control, management, and possession of PNC Bank, 602 North Main Street, Creedmoor, North Carolina, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 3-18-2025

DANIEL P. BUBAR
Acting United States Attorney

BY: JAREN E. KELLY
Assistant United States Attorney