UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-62-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | MOTION To Dismissal OF ALL CHARGES WITH PREJUDICE FOR VIOLATION OF THE 34-E-2 FEDERAL SPEEDY TRIAL ACT [136] 18 U.SC. 3161 - 74 |
| V. | |
| JOHNATHAN LAMONTE FLORENCE, Defendant. | |

NOW COMES Defendant,
JOHNATHAN LAMONTE FLORENCE by WAY of Pro-se,

Defendant respectfully Moves this court to dismiss All Charges with prejudice pursuant to the speedy Trial Act, 18 U.S.C. 3161 et seq. (DE)65). 18 U.S.C. sec 3161(b)(C) The Government has Violated the speedy trial act and the defendants Sixth(6) amendment Constitution right to that Act. Under 34-E-2. THE Federal speedy Trial Act [136] It Reads, Hoping to implement a quicker procedure for trying Cases in the federal Courts and to ensure that the right to a speedy trial is respected, Congress passed the Speedy Trial ACT. As a result, if you are charged with a federal Crime, you have a Statutory right to have your case tried within the time limits specified in the Act. The Act provides:

1) That the indictment charging you with an offense must be filed within thirty days from the date on which you were arrested or served with a summons for the charges, 137

2) That your trial must start within (70) seventy days of the filing of the indictment or from the date you first appeared in court, whichever date is later, 138 and

3) that your trial must not begin less than thirty days from when you first appear in court through counsel or expressly waive the right to have counsel. 139

If the ~~government~~ government fails to indict you within the thirty-day time limit explained above, the charges against you that are contained in the complaint will be dismissed. If the prosecution fails to bring your case to trial within (70) seventy days of filing an indictment, 141 the indictment will be dismissed on your motion. 142 This means that, if you fail to file a motion for dismissal before trial or if you enter a plea of guilty or nolo contendere (no contest), 143 you will lose the right to have the charges dismissed under the statute, 144,

If the defendant can show as well as prove that the indictment and trial was and is delayed beyond the time period allowed under the Federal Speedy Trial Act of 1974, 18 U.S.C. 3161-74 (2012) 3

(FACTS)...

(1)

: the defendant, Johnathan Florence was arrested on August 28th, 2024.... For the escape status from the RRC Raleigh Reentry Center located at 312 Tryon Rd, Raleigh N.C. 27603., On August 22, 2024 I was placed on escape status by the BOPoffice, The BOP office Notified the USMS for the Notice of escaped, I the defendant was also arrested on the 28th of August 2024 for Robbery of the P.N.C. Bank, in Creedmoor, North Carolina. 602 North Main street. The Robbery of the PNC Bank took place on the 23, of August 2024.

A Federal detainer was lodged by the Easten District of North Carolina (E/NC) with the Guilford County Jail on "8/29/2024", located at 421 W. Sycamore st Greensboro, NC. 27401.

A DUSM C. Franks respectfully requests to opean a Criminal Investigation for the (escape) violation of 18 U.S.C. 751(a) and for the Bank Robbery of the P.N.C. Bank, 602 North Main Street, Creedmoor North Carolina, 18, U.S.C Section 2113(a) On the 29th of August 2024.

(2) On March 18th. 2025 a federal Indictment for Count "One". of the Violation for (18, U.S.C. Sec 751(a) Escape)... and Count "two" for Violation of (18, U.S.C sec 2113(a)...) Robbery. was returned by the Grand Jury and it was filed in open Court on "3/18/25." (March 18, 2025)

On the (26th of march 2025) I was taken to the Federal Court of the Eastern District of North Carolina/Raleigh. Before the Judicial Officer The Honorable James E. Gates. U.S, Magistrate Judge, for a united

appearance, At which time the defendant Johnathan
FLORENCE, ("Made a Plea of Not guilty")... As to the
indictment for COUNT ONE, 18 U.S.C. section 751(a) And
as to Count Two, 18. U.S.C. section 2113(a),
The defendant was removed to pretrial Detention at his
initial appearance on The ('26' of March 2025.)
On the ('19th of May 2025") The defendant Made A
appearance for The arraignment, for this Case.
(3) At which time the defendant Made a
(Plea of Not Guilty.") Before The Honorable
JAMES C. DEVER III United states District Judge.
Section 3161(b) of Title 18 of the United States Code
provides, in relevant part: Any information or indictment
Charging an individual with the commission of an offense
shall be filed within thirty days from the date on
which such individual was arrested or served with a
summons in connection with such charges. In this case
The defendant was not indicted with in the time
limit that is required by section 3161(b) The facts show
that the defendant was indicted "202" days after
he was arrested ON The Charges of Count one
18 USC 751(a) and Count Two 18 USC sec 2113(a).
of the indictment. dates of Arrest (August 28th 2024)
date of indictment is (March 18th 2025) Well after
The thirty days requirement for 34-E-2 Federal speedy
Trial Act. [The Act] 18 U.S.C. 3161 et seq [DE65]
The defendant Also Ask for dismissal of All

'harges And The Indictment do to the government's failure to commence trial within the seventy days from the filling date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending. Whichever date last occurs." 18 U.S.C. 3161(c) (1). If a defendant has appeared before a judicial officer under A prosecution originates with an indictment, the period runs from the defendants first appearance after indictment." United States V. Carey, 746 F.2d 228, 229 N.1 (4th cir. 1984), U.S. V. Hope, 202 F. Supp.2d 458 (ED N.C. 2001), United States V. Rizzuto, 458 F. Supp.3d 373 ED. N.C. 2020) United States V. Fields, 451 F. Supp.3d 156 (ED.N.C. 2020) United States V. Ford, NO, 5:19-CR-166-FL-1 E.D.N.C. Jul 07, 2020.)

Respectfully submitted This the 1 day of July 2025

Jonathan Lamonte Florence