UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-62-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHNATHAN LAMONTE FLORENCE, ) | |
| ) | |
| Defendant. ) | |

Defendant is represented by counsel [D.E. 17, 21], who has made discovery requests [D.E. 22]. The Court DENIES defendant's pro se motion for discovery [D.E. 27] and motion to dismiss [D.E. 34].

SO ORDERED. This 14 day of July, 2025.

JAMES C. DEVER III
United States District Judge