IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-62-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN LAMONTE FLORENCE, | ) | |
| | ) | |
| Defendant. | ) | |

The court CLARIFIES its order of July 14, 2025. Robert Parrott is standby counsel, and defendant is proceeding pro se. The United States SHALL file a response to defendant's pro se motion for discovery [D.E. 27] and pro se motion to dismiss [D.E. 34] not later than August 18, 2025. Defendant's motions remain unadjudicated.

SO ORDERED. This 4 day of August, 2025.

JAMES C. DEVER III
United States District Judge