IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-62-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JONATHAN LAMONTE FLORENCE, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the United States' response in opposition [D.E. 42], the court DENIES defendant's motion to dismiss pursuant to the Speedy Trial Act and the Sixth Amendment [D.E. 34].

SO ORDERED. This 18 day of August, 2025.

JAMES C. DEVER III
United States District Judge