IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-62

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHNATHAN LAMONTE FLORENCE, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's motion to dismiss [D.E. 51] not later than December 2, 2025.

SO ORDERED. This 20 day of November, 2025.

JAMES C. DEVER III
United States District Judge